# AFFIRMATION OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:25-CV-8412                                    Date Filed: 10/14/2025

Plaintiff:
**Grace McCormick**

vs.

Defendant:
**Mashki, LLC**

**State of New York, County of Albany)ss.:**

Received by Meridian Investigations & Security to be served on MESHKI, LLC.

I, Patricia Burke, do hereby affirm that on the **4th day of November, 2025 at 3:15 pm, I:**

served the within named limited liability company, **MESHKI, LLC,** by delivering and leaving a true copy of
the **Summons in a Civil Action, Class Action Complaint and Demand For Jury Trial and Civil Cover
Sheet pursuant to New York State Section 304 LLCL together with statutory service fee in the
amount of $40.00 with Nancy Earley,** Authorized to Accept Service, as **Office Assistant 1,** of New York
State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210.  Thereafter, deponent
enclosed a copy thereof with notice, in a postpaid first class envelope, registered mail, return receipt
requested, properly addressed to defendant at defendant's last known place of business and/or registered
agent: 15222 La Paloma Way, Redding, CA 96001 Registered Mailing Receipt No.: RF 554 757 021 US

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair:
Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action.

I affirm on ____11/5/25____ , under the penalties of perjury under the laws of New York, which may
include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed
in an action or proceeding in a court of law.

Patricia Burke
Process Server

**Meridian Investigations & Security
48 Davis Avenue
Port Washington, NY 11050**

Our Job Serial Number: SRN-2025008494

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

**Date Stamp**

**Registered No.** RF 554 757 031 US

| | |
|---|---|
| Postage $ | Extra Services & Fees *(continued)* |
| Extra Services & Fees | ☐ Signature Confirmation $____ |
| ☐ Registered Mail $____ | ☐ Signature Confirmation Restricted Delivery $____ |
| ☐ Return Receipt *(hardcopy)* $____ | |
| ☐ Return Receipt *(electronic)* $____ | Total Postage & Fees |
| ☐ Restricted Delivery $____ | $ |
| Customer Must Declare Full Value $ | Received by |

NOV - 5 2025

ALBANY MAIN OFFICE

USPS - 12207

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**To Be Completed By Post Office**

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM
MERIDIAN INV.
48 DAVIS AVE
PORT WASHINGTON NY
11050

TO
MESHKI, LLC
15222 LA PALOMA WAY
REDDING CA 96001

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)