UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GRACE McCORMICK, on behalf of herself and all

others similarly situated,

                Plaintiff                                        25CV8412

                                                       NOTICE OF VOLUNTARY

                                                       DISMISSAL UNDER

                                                       RULE 41(a)(1)(A)(i)

        v.

MESHKI LLP,

                Defendant

----------------------------------------------------------------X

      Plaintiff Grsce McCormick, ("Plaintiff") by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notes that she is voluntarily dismissing the above action without prejudice.

Dated:  New York, New York

        January 2, 2026

                                     JOSEPH & NORINSBERG, LLC

                                     By:

                                     /s/ Robert L. Schonfeld

                                     ROBERT L. SCHONFELD

                                     825 Third Avenue, Suite 2100

                                     New York, New York 10022

                                     (212) 227-5700

                                     rschonfeld@employeejustice.com